FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2021

No. 04-21-00229-CV

Paul J. **KITTLE**, Jr.,
Appellant

v.

Patricia **KITTLE**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-16245
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

On July 15, 2021, we issued an order stating that the court reporter did not file the reporter's record because appellant failed to pay or make arrangements to pay the reporter's fee for preparing the record. We ordered appellant to provide written proof by July 26, 2021 that he had either: (1) paid or made arrangements to pay the reporter's fee; or (2) was entitled to appeal without paying the reporter's fee. We also advised appellant that if he did not respond to our order within the time provided, his brief would be due thirty days from the date of our July 15 order and we would only consider those issues or points raised in his brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Appellant did not respond to our July 15 order. Accordingly, the current deadline for appellant's brief is August 16, 2021, and we will consider only those issue or points raised in his brief that do not require a reporter's record for a decision. *See id.* If appellant wishes to request an extension of the deadline for filing his brief, he must do so by filing a written motion that complies with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 10. If appellant fails to file either his brief or a written motion for extension of time that complies with the Texas Rules of Appellate Procedure, we will dismiss his appeal for want of prosecution. *See* TEX. R. APP. P. 38.8, 42.3.

_____
Beth Watkins, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2021.



_____

MICHAEL A. CRUZ, Clerk of Court